# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JUSTIN FEJERANG, #Y28680,** ) | |
| ) | |
| **Plaintiff,** ) | |
| vs. ) | Case No. 23-cv-01283-SMY |
| ) | |
| **G.T.L.,** ) | |
| **ROB JEFFREYS, and** ) | |
| **ANTHONY D. WILLS,** ) | |
| ) | |
| **Defendants.** ) | |

# NOTICE AND ORDER

**YANDLE, District Judge:**

This matter comes before the Court for case management purposes. A request for Waiver of Service was sent to Defendant G.T.L. (Global Tel* Link Corporation). (Doc. 11). G.T.L. returned an executed Waiver of Service, making the deadline to file an Answer or other responsive pleading December 11, 2023. (Doc. 17). To date, Defendant G.T.L. has failed to move, answer, or otherwise plead in response to the Complaint.

The Clerk of Court must enter default against a defendant who has failed to plead or otherwise defend. FED. R. CIV. P. 55(a). Accordingly, the Court **ORDERS** as follows:

(1) The Clerk of Court is **DIRECTED** to **ENTER DEFAULT** against Defendant G.T.L. in accordance with Federal Rule of Civil Procedure 55(a).

(2) The Clerk of Court is **DIRECTED** to transmit a copy of this Order and the entry of default to Plaintiff and Defendant G.T.L.

**IT IS SO ORDERED.**

**DATED:  January 3, 2024**

*s/ Staci M. Yandle*
**STACI M. YANDLE**
**United States District Judge**